FILED

MAR 2 1 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR903-AJB |
| Plaintiff, | |
| v. | **PROTECTIVE ORDER** |
| DAVID GREG LEPPO (2),<br>aka "David Greg,"<br>aka "David Gregg," | |
| Defendant. | |

Under Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the United States is authorized to disclose to the defendant, his counsel of record, and the counsel's assistants as herein defined (collectively, the "Defense") grand jury matter in order to fulfill its statutory and Constitutional discovery obligations in this case. The term "grand jury matter" as used in this Order means (1) transcripts of testimony before the grand jury, and (2) documents or objects marked as grand jury exhibits.

IT IS FURTHER ORDERED that any discovery material that was filed under seal is unsealed for the limited purpose of allowing the United States to provide such material to defendant and defense counsel; and

IT IS FURTHER ORDERED that the Defense shall not disclose any discovery

material to representatives of the media or other third parties not involved in the investigation or prosecution of the case, unless such material is already a matter of public record.

Nothing contained herein shall prevent the United States, or the Defense, from disclosing such discovery material to any other attorneys working for the United States, the defendants or their counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the United States or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order.

Further, nothing contained herein shall preclude the United States, the Defense, or their respective assistants from conducting a normal investigation of the facts of this case on behalf of the United States or the defendants, or with respect to the United States and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by discovery materials, or from taking statements from witnesses disclosed by discovery materials, or from asking witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the United States, the Defense, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten (10) days. In that event, the United States will promptly redistribute the material to successor counsel.

Defense counsel and the United States shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: ___3/21___, 2019

_____

THE HON. ANTHONY J. BATTAGLIA
United States District Judge
Southern District of California

I consent to the entry of the foregoing protective order.

DATE: Mar. 18___, 2019

_____

NICHOLAS W. PILCHAK
Assistant U.S. Attorney
JEFFREY D. HILL
Special Assistant U.S. Attorney

DATE: 18 March 2019

_____

EUGENE G. IREDALE
Attorney for Defendant
DAVID GREG LEPPO (2)